UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

    -against-

Robert Ballisteros

           Defendant(s).

-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

7:21-MJ-02157   21 MJ-2866

Defendant Robert Ballisteros hereby voluntarily consents to participate in the following proceeding via ☒ videoconferencing or ☒ teleconferencing:

☒    Initial Appearance Before a Judicial Officer

☐    Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

☐    Guilty Plea/Change of Plea Hearing

☐    Bail/Detention Hearing

☐    Conference Before a Judicial Officer - Assignment of Counsel

_Robert Ballisteros by Attorney C. [signature]_
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

_Charles [signature]_
Defendant's Counsel's Signature

Robert Ballesteros
Print Defendant's Name

CHARLES COMPTON SPAIN
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

3/15/21
Date

_[signature]_
U.S. District Judge/U.S. Magistrate Judge